# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136591(44)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

JEREMY FISHER,
        Defendant-Appellee.
_____

SC: 136591
COA: 276439
Wayne CC: 04-000969

        On order of the Chief Justice, the motion by plaintiff-appellant for extension of the time for filing their brief and appendix is considered and it is GRANTED.



        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2009

Clerk